IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                             4:97-CR-00069-WRW

GREEN HARRIS BUFORD

### ORDER

Pending is Defendant's second[1] Motion to Modify Sentence Under 18 U.S.C. § 3582(c) (Doc. No. 143).

Following a jury trial, Defendant was found guilty of conspiracy to distribute cocaine and the use of a communication facility in the commission of a drug offense.[2] Since Amendment 706, as amended by Amendment 711, applies only to sentences involving cocaine base and Defendant was sentenced based on cocaine powder only, he is not entitled to sentencing reduction under the Guideline Amendment. The fact that Defendant's powder cocaine was "sold in order to produce crack cocaine,"[3] is of no consequence; Defendant was indicted and sentenced based on the cocaine powder conspiracy.

### CONCLUSION

Based on the findings of fact and conclusions of law above, Defendant's Motion to Modify Sentence Under 18 U.S.C. § 3582(c) (Doc. No. 143) is DENIED.

IT IS SO ORDERED this 2nd day of September, 2008.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] His first motion was denied on August 13, 2008, because Amendment 709 is not retroactive (Doc. No. 142).

[2] Doc. No. 79.

[3] Doc. No. 143.

1